**STATE of Missouri, Respondent,**

v.

**Joey K. MAY, Appellant.**

**No. WD 66168.**

Missouri Court of Appeals,
Western District.

Dec. 12, 2006.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM.

Joey May appeals his conviction for the class C felony of possession of a controlled substance in a correctional center, § 217.360, RSMo Cum.Supp.2003, following a bench trial. He was sentenced to the Department of Corrections for four years, to be served consecutively to a previously imposed sentence. He asserts as a single point that the court plainly erred when it accepted his waiver of jury trial and proceeded to trial by the court.

The judgment of conviction is affirmed. Rule 30.25(b).